ALBANY,
Feb. 1811.

Bours
v.
Tuckerman.

Notice of the rule to declare before the end of the then term, was served on the agent of the plaintiff's attorney, on the 24th of *July*, and the plaintiff's attorney swore that he did not receive it in time to declare before the expiration of the rule, and that he did not think a default would be entered before the expiration of forty days, the service being on the agent in vacation. The default was entered on the 29th of *October*, and the judgment of nonsuit on the 16th of *December*.

*Rodman*, contra.

## Bours *against* Tuckerman.

A person under recognisance to appear at a court of general sessions of the peace, while attending that court, was arrested on a *capias* out of this court, and held to bail; and this court ordered him to be discharged, on filing common bail, unless the plaintiff elected to waive the arrest, and take out new process.

N. WILLIAMS, for the defendant, moved to discharge the defendant from the arrest, and to set aside the *capias* and proceedings in this cause. He read an affidavit, stating, that on the 9th of *October* last the defendant was under recognisance to appear at the next general sessions of the peace, to be held in *Madison* county, on the first *Tuesday* of *January* last. He appeared at the sessions, and while he was attending, and before he was

discharged from his recognisance, he was arrested by the sheriff of *Madison*, on a *capias ad respondendum*, issued out of this court, at the suit of the plaintiff; and though he claimed to be privileged, in consequence of his attendance at the sessions, the sheriff carried him to his place of residence, where he was admitted to bail, in the sum of 3,200 dollars.

ALBANY,
Feb. 1811.

The PEOPLE
v.
BRADT.

*Clark*, contra.

*Per Curiam.* The defendant was privileged from arrest, as it appears that he had no opportunity to apply to the court below to be discharged, and as this court ought not to suffer its process to be executed in violation of the privileges of other courts, the defendant must be discharged from the bail-bond, and the arrest, on filing common bail, unless the plaintiff should elect, as he may, to waive the arrest altogether, and issue new process.

Motion granted.